UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Case No. 8:06-M-1190TBM

KENNETH SCOTT BRUCE,

    Defendant.
_____/

### O R D E R

The Defendant was before the court July 14, 2006, on a petition alleging violation of conditions of pretrial release by reason of his repeated use of amphetamine and methamphetamine. In accordance with the provisions of 18 U.S.C. § 3148, the Defendant was offered the opportunity to contest the allegations and, with the advice of counsel, waived such hearing. On the basis of the matters set forth in the petition, the court finds clear and convincing evidence that the Defendant has both violated the terms of his pretrial release and has otherwise committed new law offenses through the continued use of methamphetamine and amphetamine. While the Defendant does not appear to be a flight risk, he is a danger of continued criminal conduct unless he effectively confronts his addiction. Accordingly, the order of pretrial release is modified to require that the Defendant participate in an in-house treatment program of sufficient duration to detox him and permit his release and further treatment on an outpatient basis. The Defendant shall enter such program as soon as bed space is available. The costs of such treatment shall be borne by the Defendant. Upon successful completion of the in-

house treatment, the Defendant will be required to participate in out-patient therapy as directed by Pretrial Services.

**Done and Ordered** in Tampa, Florida, this 25th day of July 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Ashley Moody, Assistant United States Attorney
Kevin Beck, Counsel for Defendant
Pretrial Services